RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

JUSTIN A. BRACKETT (HI Bar No. 9954)
1888 Kalakaua Avenue, Suite C-312
Honolulu, HI 96815
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELOIS CHIN,<br><br>            Plaintiff,<br><br>   vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC,<br><br>and<br><br>PYOD, LLC,<br><br>            Defendants. | CASE NO.  1:14-CV-404  HG KSC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO UNITED COLLECTION BUREAU, INC., LEADING EDGE RECOVERY SOLUTIONS, LLC AND PYOD, LLC, AND THE ENTIRE CASE |

## NOTICE OF VOLUTARY DISMISSAL
## WITH PREJUDICE AS TO UNITED COLLECTION BUREAU, INC.,
## LEADING EDGE RECOVERY SOLUTIONS, LLC,
## AND PYOD, LLC AND THE ENTIRE CASE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the above-entitled action against Defendants United Collection Bureau, Inc.,   Leading Edge Recovery Solutions, LLC, PYOD, LLC and the entire case shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party.

A dismissal with prejudice is hereby entered in regards to the entire above-entitled action.

Respectfully submitted this 1st day of December, 2014.

Attorney for Plaintiff

*/s/ Richard L. Holcomb*
Richard L. Holcomb, #9177
Holcomb Law, LLLC
Attorneys for Plaintiff
1136 Union Mall, Suite 808
Honolulu, TN 96813
(808) 545-4040
rholcomblaw@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Voluntary Dismissal with Prejudice was served upon Defendant, at the below address, via first class, United States mail, sufficient postage prepaid, this the 1st day of December, 2014.

*/s/ Richard L. Holcomb*
Richard L. Holcomb
Holcomb Law, LLLC
Attorney for Plaintiff

| | |
|---|---|
| Ben Mohandesi<br>YU \| MOHANDESI LLP<br>633 West Fifth Street, Suite 2800<br>Los Angeles, CA  90071 | |